IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02045–KMT–KLM

SANDRA MURRAY, an individual,

    Plaintiff,

v.

DONALD B. CRAWFORD, JR., an individual,,

    Defendant.

---

## ORDER AND ORDER OF REFERENCE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Judge Wiley Y. Daniel and was assigned to Magistrate Judge Kathleen M. Tafoya on April 16, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

**ORDERED** that Magistrate Judge Kristen L. Mix is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. It is further

**ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Judge Wiley Y. Daniel on September 29, 2008 [Docket No. 2], is **VACATED**. It is further

**ORDERED** that the Final Pretrial Conference set for September 14, 2009, at 9:30 a.m. will be held before Magistrate Judge Tafoya in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated this 16th day of April, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge