IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02045–KMT–KLM

SANDRA MURRAY, an individual,

    Plaintiff,

v.

DONALD B. CRAWFORD, JR., an individual,,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Amend Scheduling Order" (# 32, filed June 15, 2009) is GRANTED. The discovery cutoff is extended to July 31, 2009. The dispositive motions deadline is extended to August 31, 2009. The Final Pretrial Conference set for September 14, 2009, is VACATED and RESET to October 23, 2009, at 9:45 a.m.

The parties are ORDERED to amend the caption to reflect the case number and the initials of the judges now assigned to this case, 08–cv–02045–KMT–KLM.

Dated: July 8, 2009