IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02045–KMT–KLM

SANDRA MURRAY, an individual,

     Plaintiff,

v.

DONALD B. CRAWFORD, JR., an individual,,

     Defendant.

## ORDER

This matter is before the court on Plaintiff's "Unopposed Motion to Dismiss Certain Claims Without Prejudice or to Amend the Complaint" [Doc. No. 38].

Being fully advised in the premises, it is

**ORDERED**

Plaintiff's "Unopposed Motion to Dismiss Certain Claims Without Prejudice or to Amend the Complaint" [Doc. No. 38] is **GRANTED** in part.  The First Claim for Relief of the Complaint [Doc. No. 1] is hereby **DISMISSED** without prejudice, each party to bear its own costs and expenses.

Dated this 3d day of September, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge