IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02045-KMT-KLM

SANDRA MURRAY

    Plaintiff,

v.

DONALD B. CRAWFORD,

    Defendants.

___

**TRIAL PREPARATION CONFERENCE ORDER**
___

    A trial by jury shall commence on May 24, 2010 at 8:30 a.m., in courtroom C-201, located on the Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado, at which trial all parties shall appear in person without further notice, order, or subpoena. The court has reserved three (3) days for trial. In connection with that trial, counsel shall comply with the following:

    1.    Motions in Limine shall be filed on or before **May 10, 2010**. Responses shall be filed on or before **May 17, 2010.** The parties shall hold **May 19, 2010 at 4:00 p.m.** for a hearing on Motions in Limine should such motions be filed.

    2.    Jury Instructions and Verdict Forms are due on or before May 17, 2010 using the following procedure:

        a.    Counsel shall confer and shall file and submit by electronic mail to **Tafoya_chambers@cod.uscourts.gov**:

            1) a statement of claims and defenses that the parties stipulate should be given to the jury;

2) those jury instructions and verdict forms that the parties stipulate should be given to the jury;

3) any proposed special or disputed instruction or disputed verdict form as provided below;

4) stipulations if possible to all "stock" instructions. For stock instructions, the parties are referred to the preferred jury instructions of District Judge Robert E. Blackburn (available online at http://www.cod.uscourts.gov/Documents/ Judges/REB/ reb_stock_civil_jury.pdf

      b.     Instructions must be tendered in Word Perfect format (preferably Word Perfect 12 or a later version of Word Perfect) or Word, using Times New Roman 12 point font and double-spaced.

      c.     Each instruction and verdict form tendered must be in a separate document or file.

      d.     To facilitate preparation, marshaling, and consideration of proposed jury instructions and verdict forms, the parties shall identify and enumerate each individual jury instruction in both the heading of each individual jury instruction and in the file name for each instruction as follows:

1. **Stipulated** - Stipulated instructions shall be identified as "Stip-01," "Stip-02," etc.

2. **Competing & non-stipulated instructions** - Competing instructions are those instructions addressing issues about which the parties agree an instruction is necessary, but disagree about its wording. Any competing instruction shall highlight in some way, e.g.,redlining, strike-through, bold face type, etc., any difference between it and any corresponding competing instruction. Non-stipulated instructions are those requested by an individual party to which any other party objects, but does not tender a competing instruction.

3. **Plaintiff's competing & non-stipulated** - Competing or non-stipulated instructions submitted by the plaintiff shall be identified as "Comp-P-01," "Comp-P-02," "NonStip-P-01," "NonStip-P-02," etc.

4.  **Defendant's competing & non-stipulated-Competing** or
                    non-stipulated instructions submitted by the defendant shall be identified
                    as "Comp-D-01," "Comp-D-02," "NonStip-D-01," "NonStip-D-02," etc.

        e.      Verdict forms & special interrogatories - The parties shall similarly
identify and enumerate all proposed verdict forms and special interrogatories.

        f.      Tendered instructions and verdict forms must be submitted as attachments
to an e-mail and must appear as a distinct group of attachments in the e-mail  The email must
clearly indicate the group of attachments that contains all stipulated instructions and verdict
forms. The attachments must be organized into three groups: 1.)  Stipulated instructions; 2.)
Competing instructions; and 3.)  Non-stipulated instructions.f. In diversity cases where Colorado
law applies, please submit instructions and verdict forms that conform to CJI-Civ 4th.

    3.      On or before **May 17, 2010**, each party shall file a brief or memorandum in
support of the proposed instructions and verdict forms that are competing or non-stipulated.

    4.      At the jury instruction conference (charging conference) after the close of
evidence, or any prior jury instruction conference, the court shall consider only those instructions
and verdict forms managed in conformity with the foregoing sections or that address
unanticipated matters raised during trial.

    5.      Counsel shall appear in courtroom C-201 on the first day of trial at 8:30 a.m., to
review the Trial Checklist with the courtroom deputy clerk and prepare materials. The parties
shall submit an original plus three (3) copies of their exhibit lists and witness lists. Notebooks
containing stipulated exhibits may be prepared for the jurors.

    6.      The jury shall consist of eight (8) jurors. The court will sit fourteen (14) members
of the venire in the jury box.  Subsequent to cause challenges and replacements, each side shall
exercise three (3) peremptory challenges.

    7.      The parties shall be allowed thirty (30) minutes each of voir dire following the
Court's general advisement and voir dire. Proposed voir dire questions either party requests be
asked by the Court shall be filed on or before **May 17, 2010**.

    8.      Opening statements shall be limited to thirty (30) minutes.

9.  Jurors will be allowed to take notes during the trial.

10. The jury will be instructed prior to closing argument.

Dated this 3d day of May, 2010.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge