IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No.: 08-cv-02045-KMT-KLM

SANDRA MURRAY,

    Plaintiff,

v.

DONALD B. CRAWFORD,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this ___ day of May, 2010.

BY THE COURT

_____
Kathleen M. Tafoya,
United States Magistrate Judge

_____      _____
Counsel for Plaintiff          Counsel for Defendant